# United States Court of Appeals

### For the Eighth Circuit

_____

No. 20-3047

_____

Janet Hill,

*Plaintiff - Appellant,*

v.

Bank of America, formerly known as Countrywide; America's Wholesale Lender;
Bank of New York Mellon; MERS Inc.; Bony-TX/CT Government; Real Time
Resolutions, Inc.; Bayview Loan Servicing, also known as Bayview Financial,

*Defendants - Appellees,*

Does 1-100,

*Defendant.*

_____

Appeal from United States District Court
for the Southern District of Iowa - Central

_____

Submitted: May 21, 2021
Filed: June 9, 2021
[Unpublished]

_____

Before COLLOTON, SHEPHERD, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Janet Hill appeals the district court's[1] order dismissing her action seeking to confirm a purported arbitration award. Having carefully reviewed the record and the parties' arguments on appeal, we conclude that the district court did not err in dismissing the action. Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.